United States District Court
Southern District of Texas
**ENTERED**
June 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SANFORD KEITH AMEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-00042 |
| | § | |
| MICHELIN NORTH AMERICA INC, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached.  The case

is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within

ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 18th day of June, 2018.

_____
Kenneth M. Hoyt
United States District Judge