United States District Court
Southern District of Texas
**ENTERED**
August 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| SANFORD KEITH AMEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 6:17-CV-00042 |
| | § | |
| MICHELIN NORTH AMERICA INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' joint stipulation of dismissal of all claims with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Dkt. No. 23).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 2nd day of August, 2018.

_____
Kenneth M. Hoyt
United States District Judge